El Paso County - 388th District Court

Filed 1/19/2023 7:52 PM
Norma Favela Barceleau
District Clerk
El Paso County
2018DCV4780

08-23-00009-CV

IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS
388TH DISTRICT COURT

IN THE MATTER OF
THE MARRIAGE OF:

MIGUEL ZAVALA MEJIA

    *Petitioner,*

and

YOLANDA ZAVALA

    *Respondent,*

§
§
§
§
§
§
§
§
§
§
§
§
§
§

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS

1/20/2023 9:26:51 AM

ELIZABETH G. FLORES
Clerk

Cause No. 2018 DCV 4780

## YOLANDA ZAVALA'S NOTICE OF APPEAL

TO THIS HONORABLE COURT:

Petitioner files this notice of appeal and would show the court as follows:

1.    The trial court in this case was the 388th District Court, El Paso County, Texas.

2.    The case's trial court number is 2018 DCV 4780.

3.    The style of the case is: *In the Matter of the Marriage of: Miguel Zavala and Yolanda Zavala.*

4.    The date of the judgment or order appealed from is December 20, 2023.

5.    Respondent desires to appeal.

6.    The appeal is taken to the Eighth Court of Appeals, El Paso Texas.

7.    The name of the party filing this notice of appeal is Yolanda Zavala.

Respectfully Submitted,

**PAUL F. GRAJEDA**
**ATTORNEY AT LAW**
416 N. Stanton Street, Suite 601
El Paso, Texas 79901
Telephone: (915) 534-7285
Facsimile: (915) 534-7287
paulfgrajeda@mac.com

By: ___/s/ *Paul F. Grajeda*___

      **PAUL F. GRAJEDA**
       State Bar No. 00796661

**ATTORNEY FOR RESPONDENT**

## CERTIFICATE OF SERVICE

Pursuant to TEX R. CIV. P. 21 and 21a, I hereby certify on this the 19th day of January, 2023, a true and correct copy of the foregoing document was served via the court's efiling system.

___/s/ *Paul F. Grajeda*___
**PAUL F. GRAJEDA**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Paul Grajeda
Bar No. 796661
paulgrajeda@mac.com
Envelope ID: 71967120
Status as of 1/20/2023 8:03 AM MST

Associated Case Party: Yolanda Zavala

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| PAUL FREDERICKGRAJEDA | | paulgrajeda@mac.com | 1/19/2023 7:52:07 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| c q | | carlos@quinonezlawfirm.com | 1/19/2023 7:52:07 PM | SENT |